Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Email: gklinger@milberg.com

*Attorney for Plaintiff Jessica McRorie
and Putative Class*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JESSICA MCRORIE, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br> v.<br><br>AKEELA, INC.,<br><br>   *Defendant.* | **Case No. 3:24-CV-00174-SLG** |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

Please take notice that Plaintiff Jessica McRorie and Defendant Akeela, Inc. (together with Plaintiff, the "Parties") have reached a settlement in principle ("Settlement") of the above-captioned action ("Action"), conditioned upon the execution of a formal Settlement Agreement by each of the Parties. To allow the Parties sufficient time to finalize the settlement agreement and prepare the notices to the class and the motion for preliminary approval, the Parties respectfully request that the Court stay of all case deadlines for forty-five (45) days.

1

WHEREFORE, the Parties respectfully request that the Court stay all deadlines for forty-five (45) days, at which time Plaintiff will either move for preliminary approval of the class settlement or the Parties will file a joint status report as to the status of their efforts and anticipated filing date for the motion for preliminary approval.

Dated: June 2, 2025

Respectfully submitted,

/s/ *Gary Klinger*
Gary Klinger (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@milberg.com

Jeff Ostrow (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd, Ste 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Email: ostrow@kolawyers.com

Joshua B. Cooley (AK #1409065)
Katherine Elsner (AK #1411116)
**EHRHARDT, ELSNER & COOLEY**
215 Fidalgo Ave, Suite 201
Kenai, AK 99611
Tel: (907) 283-2876
Email: josh@907legal.com
Email: katie@907legal.com
Counsel for Plaintiff and the Putative Class

*Attorneys for Plaintiff and the Proposed Class*

/s/ *David A. Yudelson*
David A. Yudelson (pro hac vice)
Brent Sedge (pro hac vice)
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
2029 Century Park East, Suite 100
Los Angeles, CA 90067
Tel: (310) 256-3084
dyudelson@constangy.com
bsedge@constangy.com

Anne Marie Tavella, ABA #1506045
Elizabeth P. Hodes, ABA #0511108
**DAVIS WRIGHT TREMAINE LLP**
188 West Northern Lights Blvd.
Suite 1100
Anchorage, AK 99503-3986
Tel: (907) 257-5300
annemarietavella@dwt.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2025, I electronically filed a true and correct copy of the foregoing unopposed motion with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

                                              */s/ Gary Klinger*
                                              Attorney